THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN O'HARA, Appellant. [747 NYS2d 795]

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see, Jones v Barnes,* 463 US 745). Altman, J.P., S. Miller, H. Miller and Schmidt, JJ., concur.